CAUSE NO. 25-40481

==========================================================

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

==========================================================

MARTINA PENA, INDIVIDUALLY, AND AS NEXT BEST FRIEND OF A.P.;
ARISTEDES PENA, INDIVIDUALLY, ON BEHALF OF
ESTATE OF ALBERTO PENA,
PLAINTIFFS-APPELLANTS,
V.
STARR COUNTY, TEXAS; EVELARIO GARZA; UBALDO SUAREZ;
CHESTER CERVANTES; DANIEL GARCIA; HECTOR LOPEZ, III;
JOEL GARZA; EMILIO GARZA; JESUS BARRERA, JR.;
CESAR JUAREZ, JR.,
DEFENDANTS-APPELLEES.

==========================================================

On Appeal from the United States District Court
For the Southern District of Texas – McAllen Division
Civil Action No. 7:22-CV-00276

==========================================================

**APPELLEES' OPPOSED CORRECTED MOTION FOR LEAVE TO
EXCEED PAGE LIMITATION ON APPELLEES' BRIEF**

==========================================================

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, APPELLEES STARR COUNTY, TEXAS, EVELARIO GARZA, UBALDO SUAREZ, CHESTER CERVANTES, DANIEL GARCIA, HECTOR LOPEZ, III, JOEL GARZA AND CESAR JUAREZ, JR. (hereafter "Appellees" or "County Defendants"), files this Opposed Motion for Leave to Exceed Page Limitation on Appellees' Brief pursuant to the rules of Appellate Procedure for this court and in support of this Motion, County Defendants show the Court as follows:

## I. STATEMENT OF FACTS

1. Appellants filed their Brief on November 7, 2025. *Dkt. 22*.

2. On January 5, 2026, the Appellees filed their second unopposed request to extend time for filing Appellees' Brief. The Motion was granted and new deadline is January 22, 2206.

3. Appellees' Brief exceeds the 30 page and 13,000-word count limitation.

## II. ARGUMENT AND AUTHORITIES

4. Pursuant to appellate procedures Rule 32(a)(7), Parties brief shall not exceed thirty (30) pages in length and 13,000-word limit. Appellees request to file their Brief in excess of the page and word limit. This variance from the word and page limit is necessary due to the volume of Appellants filing this Brief (8 parties); the nature of the causes of action; the number of alleged claims by Appellants against Appellees; and the numerous defensive issues raised. Consequently, Appellants need to present substantial briefing to the Court to substantiate all of the numerous Appellees' defensive issues.

5. Appellees' thus request permission to exceed the page limit and word count under appellate procedure rules in order to present their case fully and effectively. Appellees' in good faith believe the additional pages will assist the Court in resolving the issues raised by Appellants.

6. Appellees are also mindful of Federal Rule of Appellate Procedure 32.4, requiring motions to file a brief in excess of the page length or word-volume limitations be filed at least 10 days in advance of the brief's due date. Appellees apologize for inability to comply with this Rule, but due to complications and issues with counsel, Appellees were unable to determine the final length of the Brief until the due date of the Brief itself.

## CERTIFICATE OF CONFERENCE

7.	Appellees Counsel conferred with Appellants' counsel via email regarding the filing of this Motion. Appellants counsel is opposed to this motion.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellees respectfully prays the Court grant this motion for leave to exceed page and word limitations for purposes of filing their Brief.

SIGNED this 26th day of January, 2026.

Respectfully submitted,

**DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH**
A Professional Corporation
701 E. Harrison Ste 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)

By:	/S/Robert L. Drinkard
ROBERT L. DRINKARD
Attorney In Charge
State Bar No. 24007128
Fed I.D. No. 23712
rldrinkard@rampagelaw.com

**COUNSEL FOR APPELLEES**
**STARR COUNTY, TEXAS**
**EVELARIO GARZZA**
**UBALDO SAENZ,**
**CHESTER CERVANTES,**
**DANIEL GARCIA,**
**HECTOR LOPEZ, III**
**JOEL GARZA, AND**
**CESAR JUAREZ, JR.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 26th day of January 2026.

James P. Roberts **By E-Filing Methods**
Scott H. Palmer
Breanta Boss
SCOTT H. PALMER, P.C.
15455 Dallas Parkway, Ste. 540
Addison, Texas 75001
Email: james@scottpalmerlaw.com; scott@scottpalmerlaw.com;
breanta@scottpalmerlaw.com
**Counsel for Appellant/Plaintiffs**


/S/Robert L. Drinkard
ROBERT L. DRINKARD