# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 27, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-40481    Pena v. Starr County, Texas
USDC No. 7:22-CV-276

The court has taken the following action in this case: granting Appellees' motion to file their brief in excess word count not to exceed 20,646 words.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Rebecca Andry_
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Robert Lee Drinkard
Mr. James Painter Roberts